UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LARRY ARROYO, *individually and on behalf of all others similarly situated*,

                Plaintiff,

-v-

J & M REALTY SERVICES CORP., et al.,

                Defendants.

21 Civ. 3611 (PAE) (JLC)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On November 5, 2021, this Court issued an order closing this action without prejudice to the right of the parties to re-open the case within 30 days. Dkt. 39. However, because this case is a wage-and-hour case brought under the Fair Labor Standards Act, the Court must review the settlement by the parties under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

The parties are therefore directed to submit their proposed settlement for review by November 19, 2021, along with a memorandum of law explaining why the settlement warrants approval under *Cheeks*.

The Clerk of the Court is respectfully directed to reopen this case.

SO ORDERED.

                                                *Paul A. Engelmayer*
                                              PAUL A. ENGELMAYER
                                              United States District Judge

Dated: November 8, 2021
       New York, New York